**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

FARADAY CAPITAL LIMITED, QBE CORPORATE LIMITED, IRONSHORE EUROPE DAC, and ARGO (No. 604) Limited,

Plaintiffs,

v.

DRUCKER & FALK, LLC and FIFTH & 21st LLC,

Defendants.

CIVIL ACTION NO.: 4:17cv140

**NOTICE OF SETTLEMENT**

Plaintiffs Faraday Capital Limited, QBE Corporate Limited, Ironshore Europe DAC, and Argo (No. 604) Limited (collectively, the "Insurers") and Defendants Drucker & Falk, LLC and Fifth & 21st LLC ("Defendants"), respectfully notify the Court that the Parties have reached an agreement for the resolution of this matter and are in the process of finalizing the settlement. Insurers and Plaintiffs respectfully request thirty (30) days to finalize the settlement and file proper pleadings to fully dismiss this matter and that all deadlines in this case, including Defendants' deadline to file responsive pleadings, be stayed.

Respectfully submitted this 8th day of May 2018.

FARADAY CAPITAL LIMITED
QBE CORPORATE LIMITED
IRONSHORE EUROPE DAC
ARGO (No. 604) LIMITED

/s/

James H. Revere, III, VSB#33757
*Counsel for Faraday Capital Limited, QBE Corporate Limited, Ironshore Europe DAC, and Argo (No. 604) Limited*
Kalbaugh, Pfund & Messersmith, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
(804) 320-6300
(804) 320-6312 (fax)
JH.revere@kpmlaw.com

DRUCKER & FALK, LLC
FIFTH & 21st LLC

/s/

*with express permission
Joshua M. David, VSB No. 41386
Alex W. West, VSB No. 84607
*Drucker & Falk, LLC and Fifth & 21st LLC*
David, Kamp & Frank, LLC
739 Thimble Shoals Blvd.
Suite 105
Newport News, Virginia 23606
(757) 595-4500
(757) 595-6723
jdavid@davidkampfrank.com
awwest@davidkampfrank.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2018 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. David, Esquire
David, Kamp & Frank, LLC
739 Thimble Shoals Blvd, Suite 105
Newport News, VA 23606
(757) 595-4500
*Counsel for Drucker & Falk, LLC and Fifth & 21st LLC*

/s/
James H. Revere, III