**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| FARADAY CAPITAL LIMITED, QBE CORPORATE LIMITED, IRONSHORE EUROPE DAC, and ARGO (No. 604) Limited,<br><br>Plaintiffs,<br><br>v.<br><br>DRUCKER & FALK, LLC and FIFTH & 21st LLC,<br><br>Defendants. | CIVIL ACTION NO.: 4:17cv140 |

**NOTICE OF DISMISSAL**

Plaintiffs Faraday Capital Limited, QBE Corporate Limited, Ironshore Europe DAC, and Argo (No. 604) Limited (collectively, the "Insurers"), by and through their undersigned counsel, file this Notice of Dismissal with Prejudice as to Defendants Drucker & Falk, LLC and Fifth & 21st LLC ("Defendants"). All claims between the parties in this action are resolved and all claims asserted against the parties are hereby **DISMISSED WITH PREJUDICE.**

Respectfully submitted this 27th day of June 2018.

FARADAY CAPITAL LIMITED
QBE CORPORATE LIMITED
IRONSHORE EUROPE DAC
ARGO (No. 604) LIMITED

/s/

James H. Revere, III, VSB#33757
*Counsel for Faraday Capital Limited, QBE Corporate Limited, Ironshore Europe DAC, and Argo (No. 604) Limited*
Kalbaugh, Pfund & Messersmith, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
(804) 320-6300
(804) 320-6312 (fax)
JH.revere@kpmlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2018 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua M. David, Esquire
David, Kamp & Frank, LLC
739 Thimble Shoals Blvd, Suite 105
Newport News, VA 23606
(757) 595-4500
*Counsel for Drucker & Falk, LLC and Fifth & 21st LLC*

/s/
James H. Revere, III